IN THE CIRCUIT UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MALCOLM HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07-cv-823 |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, d/b/a STATE FARM ) | |
| INSURANCE COMPANIES, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT FILED BY
STATE FARM FIRE AND CASUALTY COMPANY**
===========================================================

In accordance with the Fed.R.Civ.P. 7.1 and the Order of the Court, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "State Farm") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

State Farm Mutual Automobile Insurance Company is a mutual insurance company having no stock or stockholders. It therefore has no parent company and no publicly traded company owns 10% or more of its stock.

        /s/Michael B. Beers
**MICHAEL B. BEERS [BEERM4992]**
**CONSTANCE T. BUCKALEW [BUCKC3785]**
**ANGELA TAYLOR BAKER [TAYLA2713]**
Attorneys for Defendant State Farm Mutual
Automobile Insurance Company

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax


CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maricia Woodham
M. Wayne Sabel
**Sabel & Sabel, P.C.**
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

on this the 13th day of September, 2007.

        /s/Michael B. Beers
        Of Counsel