IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MALCOLM HERRING, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-823-MEF
)
STATE FARM MUTUAL AUTOMOBILE INS. CO., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MALCOLM HERRING, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| No reportable relationships. | |

11/30/2007
Date

(Signature) Maricia Woodham

Maricia Woodham, Esq.
(Counsel's Name)

Malcom Herring
Counsel for (print names of all parties)

Sabel & Sabel, P.C.
2800 Zelda Road; Suite 100-5, Montgomery, AL 36106
Address, City, State Zip Code

334-271-2770
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Maricia Woodham_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by the court's electronic filing system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of November 20 07, to:

Michael B. Beers, Esq.

Constance T. Buckalew, Esq.

Angela Taylor Baker, Esq.

BEERS, ANDERSON, JACKSON,   PATTY & FAWAL, P.C.

Post Office Box 1988

Montgomery, Alabama 36102-1988

11/30/2007
Date

Maricia Woodham
Signature