IN THE CIRCUIT UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MALCOLM HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07-cv-823 |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, d/b/a STATE FARM ) | |
| INSURANCE COMPANIES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, undersigned Counsel, Micheal S. Jackson, of the law firm BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C., and hereby gives notice to this Honorable Court of his appearance in the above-styled cause as Counsel on behalf of Defendant State Farm Mutual Automobile Insurance Company.

**RESPECTFULLY SUBMITTED**, this the 27th day of February, 2008.

/s / Micheal S. Jackson
**MICHEAL S. JACKSON [JAC015]**
**Attorney for State Farm Mutual Automobile Insurance Company**

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax
mjackson@beersanderson.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maricia Woodham
M. Wayne Sabel
**Sabel & Sabel, P.C.**
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

On this the 27th day of February, 2008.


                                                         /s/    Micheal S. Jackson
                                                  Of Counsel