**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MALCOLM HERRING,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No.: 2:07-cv-823-MEF |
| | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY, d/b/a STATE FARM** | ) |
| **INSURANCE COMPANIES,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION TO WITHDRAW

COMES now Maricia B. Woodham, attorney for Plaintiff, Malcolm Herring, and moves this Court for an Order permitting her to withdraw from her representation of Plaintiff in this action, and in support thereof states:

1. Ms. Woodham has appeared in this action as a lawyer with the law firm of Sabel & Sabel, P.C.

2. Ms. Woodham is leaving the law firm of Sabel & Sabel, P.C.

3. The firm of Sabel & Sabel, P.C. will continue to represent Plaintiff in this action and there will be no harm or prejudice to Plaintiff. Specifically, M. Wayne Sabel will continue in his capacity as counsel for Plaintiff.

WHEREFORE, Ms. Woodham requests that she be permitted to withdraw as counsel in this action.

    Respectfully submitted this the  8th  day of March , 2008.

                                        /s/ Maricia B. Woodham
                                        MARICIA B. WOODHAM (*BEN050)*

**OF COUNSEL:**
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 *facsimile*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the 8th day of March, 2008, which will send notice of same to all counsel of record.

Micheal B. Beers, Esq.
Constance T. Buckalew, Esq.
Angela Taylor Baker, Esq.
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

                                        /s/ Maricia Woodham
                                        OF COUNSEL