IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MALCOLM D. HERRING, JR.,    ) | |
|    ) | |
|    Plaintiff,    ) | |
| v.    ) | CASE NO. 2:07-cv-823-MEF |
|    ) | |
| STATE FARM MUTUAL AUTOMOBILE    ) | |
| INSURANCE COMPANY,    ) | |
|    ) | |
|    Defendant.    ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #14) filed by Maricia B. Woodham on March 8, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of March, 2008.

                                                                     /s/ Mark E. Fuller
                                                 CHIEF UNITED STATES DISTRICT JUDGE